165 A.3d 467

**MUHAMMAD, Kamal**

v.

**STATE of Maryland**

**Pet. Docket No. 101, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 919, Sept. Term, 2016).

Petition for writ of certiorari denied

■

165 A.3d 467

**NIVENS, Stephen**

v.

**STATE of Maryland**

**Pet. Docket No. 120, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Dismissed by the Court of Special Appeals (No. 2197, Sept. Term, 2016).

Petition for writ of certiorari denied